[No. 28130-2-III.  Division Three.  September 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. APARICIO
BERMUDEZ-ALFARO, *Appellant*.

Appeal from a judgment of the Superior Court for
Douglas County, No. 09-1-00054-2, John Hotchkiss, J., en-
tered May 26, 2009. *Affirmed* by unpublished opinion per
Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[No. 28168-0-III.  Division Three.  September 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE FRANCISCO
SANTANA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 08-1-02594-8, C. James Lust, J., entered May
11, 2009. *Affirmed* by unpublished opinion per Korsmo, J.,
concurred in by Kulik, C.J., and Siddoway, J.

[No. 59738-8-I.  Division One.  September 7, 2010.]

DBM CONSULTING ENGINEERS, INC., *Respondent*, v. JOSEPH D.
SANDERS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 02-2-27684-9, James D. Cayce, J., entered
February 23, 2007. *Remanded* by unpublished opinion per
Ellington, J., concurred in by Cox and Appelwick, JJ.

[Nos. 63176-4-I; 63177-2-I;   Division One.   September 7, 2010.]
       63178-1-I; 63371-6-I;
       63373-2-I; 63374-1-I.

*In the Matter of the Dependency of* K.W.M. ET AL.

KAREN LOU MODICA ET AL., *Appellants*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for King
County, No. 08-7-01217-2, Theresa B. Doyle, J., entered
March 5, 2009. *Affirmed* by unpublished opinion per
Schindler, J., concurred in by Grosse and Lau, JJ.